UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JUDY ALSAGER,                              )   No. C12-0084RSL
                                           )
                Plaintiff,           )
    v.                                     )   ORDER OF DEFAULT AND
                                           )   DISMISSAL
HANCOCK HOUSE PUBLISHER LTD.,              )
                                           )
                Defendant.           )
_____)

On or about January 23, 2013, the Court advised defendant and counterclaimant Hancock House Publisher Ltd. that a business entity must be represented by counsel in federal litigation. The Court allowed defendant twenty days in which to retain new counsel or face default and the dismissal of its counterclaims. The twenty-day period has elapsed. Hancock House Publisher Ltd., having failed to associate new counsel in a timely manner, is in DEFAULT and its counterclaims are hereby DISMISSED.

Dated this 13th day of February, 2013.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER OF DEFAULT AND DISMISSAL